# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHANNA STRYKUL,**

        **Plaintiff,**

**v.**                                                                 **Case No:   6:14-cv-211-Orl-31GJK**

**PRG PARKING ORLANDO, L.L.C.,**

        **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Quantify Attorneys' Fees Regarding Motion to Compel (Doc. No. 44), filed July 30, 2014.

On August 22, 2014, the United States Magistrate Judge issued a report (Doc. No. 45) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is

    **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Motion to Quantify Attorney's Fees Regarding Motion to Compel is **GRANTED in part.**   Defendant is awarded $935.00 in attorneys' fees against the Plaintiff.   In all other respects, the motion is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 8, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party