# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHANNA STRYKUL,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:14-cv-211-Orl-31GJK**

**PRG PARKING ORLANDO, L.L.C.,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Quantify Attorney's Fees Regarding Motion to Compel Plaintiff's Responses to Defendant's Initial Discovery (Doc. No. 53), filed January 13, 2015.

On February 3, 2015, the United States Magistrate Judge issued a report (Doc. No. 58) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Quantify Attorney's Fees Regarding Motion to Compel is **GRANTED.**  Defendant is awarded $619.00 in attorneys' fees against Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party